UNITED STATES DISTRICT COURT
DISTRICT OF CONNECTICUT

LEONARD JACKSON,
    Petitioner

                                                        PRISONER
v.                                        CASE NO.  3:03cv32(CFD)

WARDEN STRANGE.
    Respondent

## J U D G M E N T

This cause came on for consideration on a Petition for a Writ of Habeas Corpus before the Honorable Christopher F. Droney, United States District Judge.

The Court has considered the petition and all the related papers.  On November 28, 2006, the Court filed its Ruling denying the Petition and determining that a certificate of appealability will not issue.

Therefore, it is **ORDERED** and **ADJUDGED** that judgment is entered in favor of the respondent and the case is closed.

Dated at Bridgeport, Connecticut this 29th day of November, 2006.

                                            KEVIN R. ROWE, Clerk

                                            By     /s/ Mary E. Larsen
                                                  Mary E. Larsen
                                                  Deputy Clerk

Entered on the Docket _____